UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| THOMAS HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:13-cv-13-WGH-RLY |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT ENTRY**

After oral argument held before the Court on September 27, 2013, and pursuant to the Findings transcribed and attached hereto, the decision of the Commissioner is **REVERSED** under Sentence Four of 42 U.S.C. § 405(g) and **REMANDED** to the Commissioner for further proceedings.

Entered:  October 2, 2013

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Distribution to all ECF-registered counsel of record via email.**